Tony Robert DAVIS, Petitioner–
Appellant

v.

George W. BUSH, In His Official Capac-
ity as the President of the United
States; Michael B. Mukasey, U.S. At-
torney General, In His Official Capac-
ity as the Attorney General of the
United States; The Bureau of Prisons;
The Department of Justice; Joe Ed
Canales, In His Official Capacity as
Supervised Release Officer with the
United States District Court for the
Western District of Texas, Respon-
dents–Appellees.

No. 07–51224
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 11, 2008.

Tony Robert Davis, for Petitioner–Ap-
pellant.

Before STEWART, OWEN and
SOUTHWICK, Circuit Judges.

PER CURIAM: *

Tony Robert Davis, former federal pris-
oner # 68917–080, appeals from the dis-
trict court's dismissal as frivolous of his 28
U.S.C. § 2241 petition. The district court
also imposed a $500 sanction based on
Davis's "continued contumacious conduct."
In his § 2241 petition, Davis challenged his
convictions and sentences on eight counts
of conspiracy, wire fraud, travel and trans-
portation of securities for fraudulent pur-
poses, and money laundering. *See United
States v. Davis,* 226 F.3d 346, 348 (5th
Cir.2000).

■ Davis's § 2241 petition makes no
claims that are cognizable in a § 2241 peti-
tion. *See Reyes–Requena v. United*

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

*States,* 243 F.3d 893, 904 (5th Cir.2001). Because the appeal is frivolous, it is dismissed. *See* 5TH CIR. R. 42.2.

 Despite having previously been sanctioned by this court on more than one occasion, Davis has continued to file frivolous, disrespectful, and vexatious pleadings without obtaining the requisite permission. Accordingly, Davis is ordered to pay to the clerk of this court a $1,000 sanction. Davis must satisfy this monetary sanction before filing anything in this court, including any motion for permission to proceed after having been sanctioned. If Davis attempts to file any further notices of appeal or original proceedings in this court without first obtaining the requisite permission and paying the monetary sanction, the clerk will docket them for administrative purposes only. Any other submissions which do not show proof that the monetary sanction has been paid and permission has been granted for filing will be neither addressed nor acknowledged. Davis is cautioned that he should review any pending complaints, motions, and appeals and withdraw any that are frivolous. Davis is warned that failure to withdraw any frivolous proceedings will result in the imposition of more monetary sanctions, as will any further frivolous filings.

Davis's motion for leave to file a petition for relief is denied.

The mandate shall issue forthwith.

APPEAL DISMISSED; SANCTION IMPOSED; WARNING ISSUED. MANDATE SHALL ISSUE FORTH-WITH.